


KSH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 22-00199-JB |
| | * | USAO NO. 19R00082 |
| v. | * | |
| | * | VIOLATIONS: 26 USC § 7206(1) |
| KENNESHIA DAVIS | * | |
| aka KENESHIA DAVIS | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### 26 USC § 7206(1)
### False or Fraudulent Statements on Tax Return

On or about March 21, 2017, in the Southern District of Alabama, and elsewhere, the defendant,

**KENNESHIA DAVIS,**
**aka KENESHIA DAVIS,**

a resident of Mobile, Alabama, did willfully make and subscribe a false U.S. Individual Income Tax Return, Form 1040, for tax year 2016, which was verified by a written declaration that it was made under the penalties of perjury and which **KENNESHIA DAVIS** did not believe to be true and correct as to every material matter. That U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service, stated that her total income was $15,831, whereas, as she then and there knew, her income for the 2016 tax year exceeded $700,000, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO
## 26 USC § 7206(1)
## False or Fraudulent Statements on Tax Return

On or about March 20, 2018, in the Southern District of Alabama, and elsewhere, the defendant,

**KENNESHIA DAVIS,
aka KENESHIA DAVIS,**

a resident of Mobile, Alabama, did willfully make and subscribe a false U.S. Individual Income Tax Return, Form 1040, for tax year 2017, which was verified by a written declaration that it was made under the penalties of perjury and which **KENNESHIA DAVIS** did not believe to be true and correct as to every material matter. That U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service, stated that her total income was $20,102, whereas, as she then and there knew, her income for the 2017 tax year exceeded $250,000, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*Kasee S. Heisterhagen*
KASEE S. HEISTERHAGEN
Assistant United States Attorney

*Sean P. Costello by Kasee Heisterhagen*
SEAN P. COSTELLO
Chief, Criminal Division                OCTOBER 2022